BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559)497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  | CASE NO. 1:12-CR-00224 LJO |
| Plaintiff,  ) | STIPULATION AND ORDER FOR CONTINUANCE OF TRIAL: NOTE NEW DATE DIFFERENCE |
| v.  ) | |
| FRANCISCO MONDRAGON,  ) | |
| Defendant.  ) | |

   IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Francine Zepeda and Jerome Price, attorneys for Francisco Mondragon, that the trial set for August 13, 2013 be continued to September 17, 2013 at 8:30 a.m.

   There are four reasons for the request.  First, the case was originally being handled by Francine Zepeda, who has recently been appointed to the Superior Court.  Jerome Price only recently was assigned to co-chair the case.  Second, the parties are engaged in negotiations and believe that further discussions and investigation

1

may be fruitful to a resolution.  Specifically and third, officers collected swabs from the defendant's hands on the night of the incident that can be tested for gunshot residue.  Such analysis has not yet been sought, but the parties agree that the government should and will seek such an analysis.  Finally, counsel for the government has been attempting to schedule a visit with her family out of state and has been unable to do so because of various professional responsibilities, and if the trip is not completed by August 19 when school begins, it cannot be made.  That cannot happen unless the instant trial is continued because of various other professional responsibilities, including motion responses being due in a multi-defendant complex case before this court.

The parties further request the Court to enter an Order finding that the "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay occasioned by such continuance is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(8)(A).

Dated: July 19, 2013                    Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

                                    By   /s/ Kimberly A. Sanchez
                                        KIMBERLY A. SANCHEZ
                                        Assistant U.S. Attorney

Dated: July 22, 2013                     /s/ Jerome Price
                                        JEROME PRICE
                                        Attorney for Francisco Mondragon

ORDER

The trial must be continued to September 24, 2013 at 8:30 a.m. instead of the date requested, since the Court will is not available the week of September 17th.

IT IS SO ORDERED.

**Dated:   July 22, 2013**                                  **/s/  Lawrence J. O'Neill**
                                                              UNITED STATES DISTRICT JUDGE