HEATHER E. WILLIAMS, Bar #122664
Federal Defender
JEROME PRICE, Bar #282400
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
FRANCISCO MONDRAGON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:12-CR-0224 LJO-SKO |
| Plaintiff, | STIPULATION TO CONTINUE TRIAL AND ORDER THEREON |
| v. | |
| FRANCISCO MONDRAGON, | Trial: |
| *Defendant*. | Date:  October 16, 2013<br>Time:  8:30 A.M.<br>Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, KIMBERLY A. SANCHEZ, Assistant United States Attorney, counsel for plaintiff; JEROME PRICE, Assistant Federal Defender, counsel for defendant Francisco Mondragon that the date for trial in this matter may be continued to October 16, 2013, or the soonest date thereafter that is convenient to the court. **The date currently set for trial is September 24, 2013.  The requested new date is October 16, 2013.**

The defense requests a continuance of the September 24, 2013 trial date. The government filed a stipulation to continue trial from August 16, 2013 to September 17, 2013 however the Court, due to its unavailability on the stipulated dated, scheduled the trial on September 24, 2013, a date on which defense counsel will be unavailable and covering the Yosemite calendar.

The parties agree that the delay resulting from the requested continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).  For this

reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendant in a speedy trial.

                                                        Respectfully submitted,

                                                        BENJAMIN B. WAGNER
United States Attorney

DATED: July 29, 2013                     By */s/ Kimberly A. Sanchez*
                                                      KIMBERLY A. SANCHEZ
Assistant United States Attorney
Attorney for Plaintiff

                                                        HEATHER E. WILLIAMS
Federal Defender

DATED: July 29, 2013                     By */s/ Jerome Price*
                                                      JEROME PRICE
Assistant Federal Defenders
Attorney for Defendant
Francisco Mondragon

## **O R D E R**

The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

**Dated:   July 30, 2013**                      /s/  Lawrence J. O'Neill
                                               UNITED STATES DISTRICT JUDGE