

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )
                           )
    Plaintiffs,            )   No. 1:12-CR-00224 LJO
                           )
    vs.                    )   ORDER OF RELEASE
                           )
FRANCISCO EFRAIN MONDRAGON, )
                           )
    Defendant.             )
_____)

    The above named defendant having been sentenced on April 14, 2014, to 5 years Probation,

    IT IS HEREBY ORDERED that the defendant shall be released on Wednesday, April 16, 2014. A certified Judgment and Commitment order to follow.

DATED: April 16, 2014

HONORABLE LAWRENCE J. O'NEILL
UNITED STATES DISTRICT JUDGE