1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  JEROME PRICE, CA Bar # 282400
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5
   Attorneys for Defendant
6  FRANCISCO EFRAIN MONDRAGON

7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          ) Case No.  1:12-cr-00224 LJO-SKO-1
                                       )
12                  Plaintiff,         ) STIPULATION TO CONTINUE SENTENCING
                                       ) HEARING RE SUPERVISED RELEASE
13  vs.                                ) VIOLATION;  ORDER THEREON
                                       )
14  FRANCISCO EFRAIN MONDRAGON,        ) Date:    March 2, 2015
                                       ) Time:   8:30 a.m.
15                  Defendant.         ) Judge: Hon. Lawrence J. O'Neill
                                       )
16  _____   )

17         **IT IS HEREBY STIPULATED** by and between the parties, through their respective

18  counsel, Assistant United States Attorney Michael Dore, Counsel for Plaintiff, and Assistant

19  Federal Defender Jerome Price, Counsel for Defendant, Francisco Efrain Mondragon, that the

20  sentencing hearing currently set for February 9, 2015, at 8:30 a.m., **may be rescheduled to**

21  **March 2, 2015, at 8:30 a.m.**

22         Defense counsel just received the Dispositional Report from Probation on Thursday,

23  February 5, 2015.  Because Mr. Mondragon is in custody, housed at Kern County Jail, there will

24  not be enough time to review the Dispositional Report with Mr. Mondragon before the hearing

25  on Monday, February 9, 2015, at 8:30 a.m.  Mr. Mondragon can only be brought up to consult

26  with defense counsel on a Monday or Wednesday.  The parties agree that the date of March 2,

27  2014, is the next best date to have the sentencing hearing.  The requested continuance will

28  conserve time and resources for both parties and the court.

1                                                 Respectfully submitted,

2                                                 STEPHANIE YONEKURA
Acting United States Attorney, Central
District of California

Dated:  February 6, 2015              /s/ *Michael Dore*
MICHAEL DORE
Assistant United States Attorney, Special
Attorney to the United States Attorney
General
Attorneys for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Dated:  February 6, 2015              /s/ *Jerome Price*
JEROME PRICE
Assistant Federal Defender
Attorneys for Defendant
FRANCISCO E. MONDRAGON

**O R D E R**

     For the reasons set forth above, the stipulation is accepted and the requested continuance is granted for good cause.

IT IS SO ORDERED.

   Dated:   **February 6, 2015**              **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE